IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Panek, Bogdan | Case Number: 07 B 13880 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 8/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 952.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 901.06 |
| Trustee Fee: | | 51.44 |
| Other Funds: | | 0.00 |
| Totals: | 952.50 | 952.50 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,564.00 | 901.06 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 11,000.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 412.00 | 0.00 |
| 5. | CACV Inc | Unsecured | 74.20 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 41.12 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 102.05 | 0.00 |
| 8. | EPN Inc | Unsecured | 11.50 | 0.00 |
| 9. | Allied International Credit | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | State Collection Service | Unsecured | | No Claim Filed |
| 12. | State Collection Service | Unsecured | | No Claim Filed |
|  |  |  | $ 14,204.87 | $ 901.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.44 |
|  | $ 51.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Panek, Bogdan

Printed: 1/29/08

Case Number:  07 B 13880
Judge: Hollis, Pamela S
Filed: 8/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____